IRON THUNDERHORSE, TDCJ # 624391
Jester III Unit, 3 Jester Road
richmond, tx. 77406

01-11-1019

United States Courts
Southern District of Texas
FILED

FEB 26 2019

David J. Bradley, Clerk of Court

To: United States District Clerk
P.O. Box 61010
Houston, TX 77208

Re: ODNEAL v. PIERCE, et. al.   Civil Action No. 2.04-cv-454/

Dear C;erk.

   I am proceeding pro se in a separate cause and I request the first page and last two pages of the Dpcket Sheet in the above said cause.

   Rganks for your assistance.

Sincerely,

*[signature]*

Iron Thunderhorse

cc: fo;es

LEGAL

Iron Thunder-Horse #624639
Jester III Unit - 3 Jester-Rd.
Richmond, TX 77406

U.S. DISTRICT CLERK
P.O. Box 61010
Houston, TX 77208

United States Courts
Southern District of Texas
FILED
FEB 26 2019
David J. Bradley, Clerk of Court